ACCEPTED
01-15-00560-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 2:59:08 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FIRST DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NO. 01-15-00560-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/18/2015 2:59:08 PM
CHRISTOPHER A. PRINE
Clerk

**MICHAEL ANTHONY DAVILA**
**APPELLANT**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

**On Appeal from Cause Number 1359876**
**From the 351ˢᵗ District Court**
**Harris County, Texas**

---

### APPELLANT'S MOTION FOR EXTENSION

---

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Michael Anthony Davila, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

The current deadline for filing Appellant's Brief is September 16, 2015. There have not been any previous motions for extension of time to file Appellant's Brief.

II.

Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196

- *Felix Irizarry,* 14-14-00827-CR

- *Darryle Robertson,* 14-15-00132-CR

- *Ruben Totten,* PD-0483-15

- *Trey Foster,* 14-15-00497-CR

- *Pete Rodriguez,* 14-15-00339-CR

- *Craig Beal,* 01-12-00896-CR

- *Kori Henegar,* 14-15-00529-CR

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

## III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension to October 18, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas


/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood